UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG,<br>　　　　Plaintiff,<br>　　v.<br>MERRICK GARLAND,<br>　　　　Defendant. | Case No. 22-cv-04853-WHO (PR)<br><br>**ORDER OF TRANSFER** |

The incidents giving rise to this 42 U.S.C. § 1983 action occurred at USP-Florence in Florence, Colorado, which lies in the District of Colorado. Accordingly, this federal civil rights action is TRANSFERRED to the District of Colorado, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 85, 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** September 16, 2022

_____
WILLIAM H. ORRICK
United States District Judge